# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0074. AMY CELESTE HALL et al v. JIM RANSOM et al.**

In this child custody matter, the trial court issued a final order relating to grandparent visitation on March 19, 2024. On September 29, 2024, Amy Hall filed the instant application for discretionary review of the March 19 order. We lack jurisdiction.

The trial court's March 19 order appears to have been directly appealable under OCGA § 5-6-34 (a) (11). See also *In the Interest of L.R.M.*, 333 Ga. App. 1, 4 (1) (775 SE2d 254) (2015) (recognizing that "orders resulting from petitions for grandparent visitation and custody are directly appealable . . . .") This Court will ordinarily grant an application for discretionary review of a directly appealable order under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment sought to be appealed. See OCGA § 5-6-35 (d), (j). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Hall filed her application 194 days after the entry of the order she seeks to appeal, it is untimely.

Accordingly, we lack jurisdiction over Hall's application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __10/11/2024_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*